UNITED STATES of America,
Plaintiff–Appellee,

v.

GERALD A. HINDS, Defendant–
Appellant.

No. 13–7834.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 24, 2014.

Decided: March 27, 2014.

Gerald A. Hinds, Appellant Pro Se. Michael Ronald Gill, Robert E. Trono, Assis-

tant United States Attorneys, Richmond, Virginia, for Appellee.

Before MOTZ, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Hinds appeals the district court's order granting his motion for a reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hinds,* No. 3:00–cr–00319–JRS–1 (E.D. Va. filed Sept. 5, 2013 & entered Sept. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*